McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR.S-08-0555 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | AND EXCLUDING TIME |
| LLOYD WAYNE GARRETT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The parties, through their counsel, stipulate and agree that the status conference, presently scheduled for December 22, 2008, should be rescheduled for January 12, 2009, at 10:00 a.m., to allow the defense further time to investigate both the case and the defendant's prior convictions. It is also requested that time be excluded from calculation under the Speedy Trial Act between those dates pursuant to Local Code T(4) (attorney preparation), with the Court finding that the interests of justice in granting the relatively short continuance and exclusion of time, outweigh the interest of the defendant and the public in a speedy trial.

Dated: December 11, 2008

                                            McGREGOR W. SCOTT
                                            U.S. Attorney

                                    by   /s/ Richard J. Bender
                                            RICHARD J. BENDER
                                            Assistant U.S. Attorney

//

Dated: December 11, 2008

      /s/  Richard J. Bender for
          Ben D Galloway
       Attorney for the Defendant

**IT IS SO ORDERED.**

Dated: December 12, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE