DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
LLOYD WAYNE GARRETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LLOYD WAYNE GARRETT, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CR.S. 08-555 FCD <br><br> **AMENDED** <br> **STIPULATION AND ORDER** <br><br> DATE: January 12, 2009 <br> TIME: 10:00 a.m. <br> JUDGE: Hon. Frank C. Damrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through RICHARD BENDER, Assistant U.S. Attorney, and defendant, LLOYD WAYNE GARRETT by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Monday, January 12, 2009 be continued to Tuesday, February 17, 2009 at 10:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order

1  through the date of the status conference set for February 17, 2009
2  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
3  prepare] (Local Code T4).

5  DATED: January 8, 2009          Respectfully submitted,
                                   DANIEL J. BRODERICK
6                                  Federal Defender

7                                  /s/ Benjamin Galloway
                                   BENJAMIN GALLOWAY
8                                  Assistant Federal Defender
                                   Attorney for Defendant
9                                  LLOYD WAYNE GARRETT

11 DATED: January 8, 2009          McGREGOR W. SCOTT
                                   United States Attorney

13                                 /s/ Benjamin Galloway for
                                   RICHARD BENDER
                                   Assistant U.S. Attorney
14                                 Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including February 17, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: January 8, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

**2**