DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
LLOYD WAYNE GARRETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LLOYD WAYNE GARRETT,<br><br>　　　　Defendant. | CR.S. 08-555-FCD<br><br>**STIPULATION AND ORDER**<br><br>DATE: February 17, 2009<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Frank C. Damrell, Jr. |

　　This case is currently scheduled for a status hearing on February 17, 2009.  The parties have conferred and agree that additional time is needed for negotiation between the parties with the hope of resolving the case.  Specifically, the parties have agreed that a pre-plea advisory guideline presentence investigation report would aid the parties toward resolving the case and respectfully request that this Court order the Probation Office to produce a pre-plea advisory guideline presentence investigation report in Mr. Garrett's case.

　　It is hereby stipulated and agreed to between the United States of America through RICHARD BENDER, Assistant U.S. Attorney, and defendant, LLOYD WAYNE GARRETT by and through his counsel, BENJAMIN GALLOWAY,

1  Assistant Federal Defender, that the status conference set for Monday,
2  February 17, 2009 be continued to Monday, March 9, 2009 at 10:00 a.m..
3     The reason for this continuance is to allow defense counsel
4  additional time to review discovery with the defendant, to examine
5  possible defenses and to continue investigating the facts of the case.
6     The parties further agree that a pre-plea advisory guideline
7  presentence investigation report from the probation office will aid
8  counsel in resolving the case.
9     Speedy trial time is to be excluded from the date of this order
10 through the date of the status conference set for March 9, 2009
11 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
12 prepare] (Local Code T4).

15 DATED: January 27, 2009        Respectfully submitted,
                                  DANIEL J. BRODERICK
16                                Federal Defender

17                                /s/ Benjamin Galloway
                                  BENJAMIN GALLOWAY
18                                Assistant Federal Defender
                                  Attorney for Defendant
19                                LLOYD WAYNE GARRETT

21 DATED: January 27, 2009        LAWRENCE G. BROWN
                                  Acting United States Attorney
22
                                  /s/ Benjamin Galloway for
23                                RICHARD BENDER
                                  Assistant U.S. Attorney
24                                Attorney for Plaintiff

26 ///
27 ///
28 ///

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including March 9, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

In addition, the Court further ORDERS the United States Probation Office to prepare and disclose to the parties a pre-plea advisory guideline presentence investigation report.

DATED: January 27, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE